UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHABNAM POOYA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY J. BLINKEN, et al.<br><br>Defendants. | No.  1:23-cv-00400-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 19) |

On October 9, 2023, Plaintiffs filed a "Notice of Voluntary Dismissal Without Prejudice," in which Plaintiffs notify the Court that this case is voluntarily dismissed without prejudice. (Doc. 19.) Plaintiffs filed this notice before the opposing parties served either an answer or a motion for summary judgment.  As such, Plaintiffs have voluntarily dismissed this matter without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:  **October 10, 2023**                        /s/ *Sheila K. Oberto*                 .
                                                                         UNITED STATES MAGISTRATE JUDGE